JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA ARREGUIN, <br><br>    Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br>    Defendant. | Case No. 1:19-CV-01532 <br><br> STIPULATION AND ORDER <br> FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 13, 2020 to May 13, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF . All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

///

Respectfully submitted,

Dated: April 10, 2020         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: April 10, 2020         MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: *\*/s/ Ben A Porter*
    Ben A Porter
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on April 10, 2020)

IT IS SO ORDERED.

   Dated:  **April 13, 2020**           **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE