McGREGOR W. SCOTT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8963
    Facsimile (415) 744-0134
    E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESPERANZA ARREQUIN,<br><br>           Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL, Commissioner Of Social<br>   Security,<br><br>          Defendant. | CIVIL NO. 1:19-cv-01532-GSA<br><br>STIPULATION AND ORDER FOR<br>DEFENDANT'S 14-DAY EXTENSION<br>OF TIME TO RESPOND TO PLAINTIFF'S<br>OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between Esperanza Arrequin ("Plaintiff") and Andrew Saul, Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have an extension of time of 14 days to respond to Plaintiff's Opening Brief.  Under the new briefing schedule, Defendant will file any response on or before July 29, 2020.  Any reply thereto will be due on or before August 13, 2020.  This is Defendant's first extension request for an extension of time, and it is the second request for an extension of time requested in the above-captioned matter.  Defendant requests this additional time due to unanticipated leave from the office and workload demands of the undersigned defense counsel.

1    The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2

3    Date:  July 10, 2020                    PEÑA & BROMBERG, PLC

4
                                            By:  /s/  Jonathan O. Peña*
5                                           JONATHAN O. PEÑA
                                            (*Authorized as to form by e-mail on July 10, 2020)
6                                           Attorneys for Plaintiff

7

8    Date:  July 10, 2020                    McGREGOR W. SCOTT
                                            Acting United States Attorney
9

10
                                            By:  /s/ Sharon Lahey
11                                          SHARON LAHEY
                                            Special Assistant United States Attorney
12

13

14   IT IS SO ORDERED.

15       Dated:   **July 13, 2020**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER                              CASE NO.: 1:19-cv-01532-GSA